THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* EDWARD M. GROUT, Appellant.

*People* v. *Grout,* 174 App. Div. 608, appeal dismissed.

(Argued November 12, 1917; decided November 20, 1917.)

MOTION to dismiss an appeal from so much of an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 8, 1916, as affirmed an order of Special Term denying defendant's motion to dismiss the indictment and from so much of the order of reversal as directed a new trial instead of dismissing the indictment.

The motion was made upon the ground that the appeal was not authorized by section 519 of the Code of Criminal Procedure.

*Herbert N. Warbasse, District Attorney (Harry G. Anderson* of counsel), for motion.

*Edward M. Grout* opposed.

Motion granted and appeal dismissed on the ground that the appeal is not authorized by section 519 of the Code of Criminal Procedure.

Concur: HISCOCK, Ch. J., CUDDEBACK, CARDOZO, CRANE and ANDREWS, JJ. Dissenting: CHASE and MCLAUGHLIN, JJ.